# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARMEN AYALA TRUJILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.: ED CV 20-1715 DMG (SPx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL [12]** |

Pursuant to the parties' Joint Stipulation of Dismissal, and for good cause shown, the Court hereby ORDERS the above-captioned action dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 20, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE